**95–2208.** Davis v. Flickinger. *Tuscarawas County,* No. 94AP110077.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**95–2210.** State v. Sanders. *Miami County,* Nos. 95CA11 and 95CA12. On discretionary appeal and cross-appeal. *Sua sponte,* appeal and cross-appeal allowed only as to the issues raised in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232, and held for the decision in *Gustafson;* briefing schedule stayed.
WRIGHT, J., would allow the appeal and cross-appeal on all issues raised therein.

**95–2262.** State v. Walton. *Crawford County,* No. 3–95–11. Discretionary appeal allowed on Propositions of Law Nos. 1, 2, and 3 only; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *supra;* briefing schedule stayed.
COOK, J., dissents.

**95–2276.** Legge v. Nationwide Mut. Ins. Co. *Franklin County,* No. 95APE04–396. *Sua sponte,* cause held for the decision in 94–2569, *Cole v. Holland,* Summit County, No. 16703; briefing schedule stayed.

**95–2314.** Hicks v. Westinghouse Materials Co. *Hamilton County,* No. C–940094.
WRIGHT, PFEIFER and COOK, JJ., dissent.

**95–2337.** State v. Montecalvo. *Lorain County,* No. 95CA006041.
WRIGHT, RESNICK and PFEIFER, JJ., dissent.

**95–2623.** In re Kleich Children. *Stark County,* No. 1995CA00062. *Sua sponte,* cause held for the decision in 95–941 and 95–942, *In re Young Children,* Stark County, No. 94CA0198; 95–1213, *In re Bunting Children,* Stark County, No. 94CA0264; 95–1510 and 95–1688, *In re Brock Children,* Stark County, No. 94CA0227; and 95–1526, *In re Farrar,* Guernsey County, No. 94CA20; briefing schedule stayed.
WRIGHT and PFEIFER, JJ., dissent.
RESNICK, J., not participating.

**96–175.** Columbus v. Perry. *Franklin County,* No. 95APC08–991. Discretionary appeal allowed; *sua sponte,* cause consolidated with 96–216, *supra,* and held for the decision in 95–1377 and 95–1466, *supra;* briefing schedule stayed.

**96–190.** Middleton v. Combs. *Butler County,* No. CA95–08136. On motion to consolidate case with 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232. *Sua sponte,* discretionary appeal allowed and cause held for the decision in 95–1377 and 95–1466; briefing schedule stayed.

**96–191.** Middletown v. Smallwood. *Butler County,* No. CA95–08–127. On motion to consolidate case with 95–1377 and 95–1466, *supra. Sua sponte,* discretionary appeal allowed and cause held for the decision in 95–1377 and 95–1466; briefing schedule stayed.